

# NUMBER 13-25-00535-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

OLGA LEE GONZALEZ,                                                    Appellant,

v.

LICO GONZALEZ,                                                         Appellee.

## ON APPEAL FROM THE 105TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Peña and West
Memorandum Opinion by Justice Peña**

On October 24, 2025, appellant filed a notice of appeal attempting to appeal a final judgment in trial court cause number 2021-FAM-3061-D. On October 27, 2025, the Clerk of the Court requested that appellant pay the $205.00 filing fee for the notice of appeal within ten days. *See* Tex. R. App. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever

fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE ANN. § 51.207 (delineating the required fees and costs in an appellate court).

On November 17, 2025, the Clerk of the Court notified appellant that she was delinquent in submitting the filing fee for the appeal and informed him that the appeal would be dismissed if the filing fee was not paid within 10 days from the date of the notice. *See* TEX. R. APP. P. 42.3(c).

To date, appellant has failed to pay the filing fee for the notice of appeal or otherwise response to the clerk's notice. This Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See id.* R. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellant has not paid the appellate filing fee and has not filed a corrected notice of appeal. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
8th day of January, 2026.

2